*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* JP.

PEOPLE OF THE STATE OF MICHIGAN,

        Petitioner-Appellee,

v

JP,

        Respondent-Appellant.

FOR PUBLICATION
September 24, 2019

No. 344812
Gogebic Circuit Court
Family Division
LC No. 2017-000048-DL

Before: SWARTZLE, P.J., and GLEICHER and M. J. KELLY, JJ.

M. J. KELLY, J. (*concurring*).

    I concur in parts I and II of the majority opinion.

                                  /s/ Michael J. Kelly